## JEFFREY JEZIERSKI *v.* ROSE PINCHUK
### (11516)

LAVERY, HEIMAN and SCHALLER, Js.

Argued April 1—decision released April 27, 1993

*Stephen M. Feinstein,* with whom, on the brief, was *Peter I. May,* for the appellant (defendant).

*Catherine P. Whelan,* with whom, on the brief, was *Kevin Tierney,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.